858 A.2d 1157

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joyce SCHOFIELD, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 24, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of August, 2004, the Petition for Allowance of Appeal is GRANTED. The Prothonotary is ordered to consolidate this case and 182 EAL 2004, and the parties are directed to brief the following issue:

Should this Court reconsider its decisions in *Commonwealth v. Lord,* 553 Pa. 415, 719 A.2d 306 (1998), and *Commonwealth v. Butler,* 571 Pa. 441, 812 A.2d 631 (2002), so as to allow discretion in the intermediate appellate courts to review an issue that was not raised in a timely statement of matters

complained of on appeal under Pa.R.A.P. 1925(b); if so, what standards should be imposed to guide such discretion?